## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Trena Siebenaler, | **Civil No. 07-2655 (RHK/AJB)** |
| Plaintiff, | **ORDER** |
| vs. | |
| Asset Acceptance, LLC, | |
| Defendant. | |

---

Pursuant to the Stipulation of Dismissal With Prejudice (Doc. No. 5), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 20, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
